COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Harris County, Texas v. International Paper Co.

Appellate case number:    01-15-00354-CV

Trial court case number:   2011-76724

Trial court:                      295th District Court of Harris County

Appellant Harris County, Texas has filed a letter with the Court, informing the Court of documents or volumes of the appellate record that are missing in this cause. Harris County has requested that this Court not consider the record complete and that any deadlines based on the filing of the Clerk's Record and Reporter's Record not begin to run until the appellate record is complete. We grant this motion in part. We order Harris County to take all reasonable steps to ensure that the appellate record is complete by September 9, 2015, and to file a status report with this court on September 8 at noon reporting on the progress. *See* TEX. R. APP. P. 34.5(c), 34.6(d). Our May 14, 2015 Order will govern the briefing schedule once the appellate record is complete.


It is so ORDERED.


Judge's signature: _/s/ Harvey Brown
                            ☒  Acting individually


Date:  September 1, 2015